

# IN THE
## TENTH COURT OF APPEALS

————————

## No. 10-09-00052-CV

## IN RE ARCADE JOSEPH COMEAUX, JR.

————————

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed May 13, 2009
[OT06]